# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ERIC WRIGHT

VERSUS

TROYNEL WRIGHT

NO.  2019 CW 0831

SEP 0 3 2019

---

In Re:    Eric Wright, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 97120.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT  GRANTED.** The trial court's May 31, 2019 judgment granting an exception raising the objection of no cause of action, in part, against relator, Eric Wright, and in favor of Troynel Wright, is reversed. Accepting all well-pleaded allegations of fact as true, as we must, we find that Mr. Wright has sufficiently stated a cause of action to modify custody. **Cole v. Cole,** 2018-0523 (La. App. 1st Cir. 9/21/18), 264 So.3d 537, 542 (The function of an exception raising the objection of no cause of action is to test the legal sufficiency of the petition by determining whether the law affords a remedy on the facts alleged in the pleading.) Therefore, the trial court's May 31, 2019 judgment is reversed, and Troynel Wright's exception raising the objection of no cause of action is denied.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT